UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Steven Ross, | ) | CASE NO.: 1:21CV1565 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| Warden Tom Schweitzer, | ) | **MEMORANDUM OF OPINION AND ORDER** |
| | ) | |
| Respondent. | ) | |

On December 19, 2023, the Court dismissed this matter when it concluded that Petitioner Steven Ross had filed no objections to the Report and Recommendation ("R&R) filed by the Magistrate Judge on November 28, 2023. On December 27, 2023, Ross moved for leave to file objections alleging he was not timely served with the R&R. Out of an abundance of caution, the Court permitted Ross time to file objections. On January 29, 2024, the Court received Ross's objections and now resolves them.

While Ross's objections span 8 pages, they make no mention of error in the R&R. Ross continues to assert the underlying errors that he brought forth in his petition and also alleges ongoing issues involving the execution of his state court sentence. As Ross's objections contain no argument identifying legal or factual error in the R&R, they provide no basis for the Court to reconsider its prior entry dismissing the petition. Accordingly, the objections are overruled.

IT IS SO ORDERED.


Date: 2/2/2024                                  /s/ John R. Adams
                                                JUDGE JOHN R. ADAMS
                                                UNITED STATES DISTRICT JUDGE